1
2
3
4
5
6
7
8                           **UNITED STATES DISTRICT COURT**
9                                 **DISTRICT OF NEVADA**
10
11   JOSE CARDENAS,                        )
                                           )
12              Plaintiff,                 )          2:12-cv-01517-GMN-GWF
                                           )
13   vs.                                   )
                                           )          **ORDER**
14   KURT OVERALL, *et al.*,               )
                                           )
15              Defendants.                )
     _____/
16
17          This action is a *pro se* civil rights complaint filed pursuant to 42 U.S.C. § 1983 by an inmate.

18   Plaintiff has submitted a complaint and seeks leave to proceed *in forma pauperis*.  (ECF No. 1).  In

19   addition to filing the proper affidavit of inability to pay filing fees, a prisoner seeking to proceed *in*

20   *forma pauperis* "shall submit a certified copy of the trust fund account statement (or institutional

21   equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint .

22   . . obtained from the appropriate official of each prison at which the prisoner is or was confined."  28

23   U.S.C. § 1915(a)(1), (2).  Plaintiff in the instant action has failed to submit an *in forma pauperis*

24   application that provides the necessary financial information and includes a certified copy of the trust

25   fund account statement (or institutional equivalent) for the 6-month period immediately preceding the

26   filing of the complaint.

1      **IT IS THEREFORE ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**

2   to the filing of a new complaint in a new action, with a proper *in forma pauperis* application in

3   compliance with 28 U.S.C. § 1915(a).

4      **IT FURTHER IS ORDERED** that the Clerk of the Court shall send plaintiff two copies of an

5   *in forma pauperis* application form for a prisoner, one copy of the instructions for same, two copies

6   of a blank 42 U.S.C. § 1983 prisoner civil rights form, and one copy of instructions for the same.

7      **IT IS FURTHER ORDERED** that plaintiff may file a new complaint and *in forma pauperis*

8   application in a new action, but he may not file further documents in this action.

9      **IT IS FURTHER ORDERED** that the Clerk of the Court shall enter judgment accordingly.

10   Dated this 16th day of November, 2012.

11

12                            _____

13                   GLORIA M. NAVARRO
                          UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26