# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSE CARDENAS, ) | |
| ) | |
| Plaintiff, ) | 2:12-cv-01517-GMN-GWF |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| KURT OVERALL, *et al.*, ) | |
| ) | |
| Defendants. ) | |

This action is a *pro se* civil rights complaint filed pursuant to 42 U.S.C. § 1983 by an inmate. Plaintiff has submitted a complaint and seeks leave to proceed *in forma pauperis*. (ECF No. 1). In addition to filing the proper affidavit of inability to pay filing fees, a prisoner seeking to proceed *in forma pauperis* "shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . obtained from the appropriate official of each prison at which the prisoner is or was confined." 28 U.S.C. § 1915(a)(1), (2). Plaintiff in the instant action has failed to submit an *in forma pauperis* application that provides the necessary financial information and includes a certified copy of the trust fund account statement (or institutional equivalent) for the 6-month period immediately preceding the filing of the complaint.

1 **IT IS THEREFORE ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**
2 to the filing of a new complaint in a new action, with a proper *in forma pauperis* application in
3 compliance with 28 U.S.C. § 1915(a).
4 **IT FURTHER IS ORDERED** that the Clerk of the Court shall send plaintiff two copies of an
5 *in forma pauperis* application form for a prisoner, one copy of the instructions for same, two copies
6 of a blank 42 U.S.C. § 1983 prisoner civil rights form, and one copy of instructions for the same.
7 **IT IS FURTHER ORDERED** that plaintiff may file a new complaint and *in forma pauperis*
8 application in a new action, but he may not file further documents in this action.
9 **IT IS FURTHER ORDERED** that the Clerk of the Court shall enter judgment accordingly.
10 Dated this 16th day of November, 2012.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE